# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 26, 2018

## NO. 03-17-00771-CV

**Texas Jewelers Association, Rex Solomon, and Brad Koen, Appellants**

**v.**

**Ann Glynn, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND BOURLAND
AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
OPINION BY JUSTICE BOURLAND**

This is an appeal from the interlocutory order signed by the trial court on October 27, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order to the extent that it denied appellants' motion to dismiss Ann Glynn's defamation claim as to Brad Koen and her tortious-interference claim as to all three appellants, and renders judgment dismissing those claims. We affirm the trial court's interlocutory order in all other respects. The parties each shall bear one-half the costs relating to this appeal, both in this Court and in the court below.